# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. District Court
Wisconsin Eastern

**MAR 3 1 2026**

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Jasmine Destiny - Louise
Stevenson

v.

(Full name of defendant(s))

John Doe (unknown LexisNexis Subscriber)

Rashad Hairston (anticipated real identity of John Doe)

Kyle Valles

Case Number:

_____

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _____Wisconsin_____ and resides at
(State)

___139 E. Chambers St, Milwaukee, WI 53212___
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___John Doe___
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On or about July 23rd, 2024, an unknown individual identified as John Doe used professional subscriber access to LexisNexis/Accurint to pull my private consumer report without a permissable purpose. I am informed and believe this individual is Rashad Hairston, who subsequently admitted to the act. This stolen data was then provided to Kyle Valles, who published my SSN and DOB on a public Discord server. This unauthorized disclosure continues to circulate online in 2026, causing ongoing emotional distress and →

security risks. I am filing this claim against John Doe to subpoena LexisNexis records to verify the account logs used by Hairston and Valles to confirm their identities and hold them fully liable.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. Subpoena power: an order allowing a Rule 45 Subpoena to LexisNexis to identify the true name of John Doe for the purpose of substituting Rashaad Hairston as the lead defendant.

2. Injunction: an order requiring the defendants to remove all leaked data from public platforms and cease further distribution.

3. Damages: Actual and punitive damages for willful violation of my privacy and federal credit laws

4. Recovery of all court costs or any legal representation fees.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___17th___ day of ___March___ ` 20_26_.

Respectfully Submitted,

_J. Stevenson_
Signature of Plaintiff

_414-521-1225_
Plaintiff's Telephone Number

_jasminedstevens98@gmail.com_
Plaintiff's Email Address

_138 E. Chambers St_

_Milwaukee, WI, 53212_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5